BENJAMIN B. WAGNER
United States Attorney
PATRICK J. SUTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN J. LECHER,<br><br>　　　　Defendant and Judgment Debtor.<br><br>UNION BANK AND TRUST COMPANY,<br><br>　　　　Garnishee. | Case No.: 1:15-MC-00039-SAB<br><br>**STIPULATION REGARDING WRIT OF GARNISHMENT; AND ORDER THEREON**<br><br>CRIMINAL CASE. NO.: 1:94-5119-OWW<br><br>No Hearing Requested |

　　　　Plaintiff United States and defendant John J. Lecher ("Defendant") hereby stipulate to the resolution of the United States' pending garnishment action against Defendant John J. Lecher's interest Union Bank and Trust Company accounts as follows:

　　　　1.　　　The Court convicted and sentenced Defendant in the above referenced criminal case as stated in the Judgment in a Criminal Case filed on or about August 27, 1996. The Judgment ordered Defendant to pay a $50 statutory assessment and $199,000.00 in restitution. To date, the assessment and restitution remain unpaid in full and as of June 5, 2015, Defendant owes $211,317.19 in restitution, surcharge and attendant interest.

2. The United States sought, and the Clerk issued, a writ of garnishment on July 2, 2015 against Defendant's bank accounts at garnishee Union Bank and Trust Company.

3. Union Bank and Trust Company filed and served its answer to the writ, identifying six accounts in which Defendant has some interest: (1) Business checking accounts ending in numbers 6477; 7016; 6389; and 3673 with balances in the amount of $17,356.10; $11,622.37; 790.06; and $24.00 respectively; and (2) personal checking accounts ending in numbers 7038 and 6900 with balances of $97.21 and $100.00 respectively.

4. Defendant and Union Bank and Trust Company represent, as to the business checking account ending in number 6477, that account is tied to MWE Services, Inc.'s line of credit.

5. The Parties agree to resolve this garnishment action in the amount of $30,000, and to effectuate this agreement, the Parties agree that the Court can and should enter an order:

    A. Garnishing $30,000 from the business checking account ending in number 6477 and directing the payment of this amount to the Clerk of the Court for the Eastern District of California;

    B. Union Bank and Trust's payment of the $30,000 to the Clerk, Union Bank and Trust was completed. The balance of the accounts were thereafter released to Defendant's and/or stated owner's control; and

    C. Directing Defendant to make a full and complete financial disclosure to the Financial Litigation Unit of the United States Attorney's Office pursuant to the Financial Statement forms provided to Defendant.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

BENJAMIN B. WAGNER
United States Attorney

Dated: July 9, 2015                          /s/ Patrick J. Suter
                                            PATRICK J. SUTER
                                            Assistant United States Attorney

FOR THE DEFENDANT AND JUDGMENT DEBTOR:

Dated: July 9, 2015                                 /s/John J. Lecher
                                                    JOHN J. LECHER, Personally


FOR THE OWNER OF THE BUSINESS CHECKING ACCOUNT ENDING IN NUMBER 6477 :


Dated: July 9, 2015                                 /s/Katie Cederburg
                                                    KATIE CEDERBURG, on behalf of MWE
                                                    Services, Inc.

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation Regarding Writ of Garnishment (the Stipulation), and finding good cause therefor, hereby APPROVES the Stipulation.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for an order of garnishment in the amount of $30,000 is GRANTED;

2. Union Bank and Trust Company shall immediately DELIVER a cashier's check, money order or company draft in the sum of $30,000 drawn from the business checking account ending in numbers 6477, and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 2500 Tulare Street, Suite 1501, Fresno, California 93721. Union Bank and Trust Company shall also state the docket number (Case No.: 1:94-5119-OWW) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment;

3. Upon its payment of the $30,000 to the Clerk, Union Bank and Trust shall RELEASE its hold on any amount exceeding $30,000 in account No. 6477;

4. This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated: __**July 15, 2015**__

_____
UNITED STATES MAGISTRATE JUDGE

1